55 A.3d 1043

James O'CONNOR, Petitioner

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

No. 117 EM 2012.

Supreme Court of Pennsylvania.

Oct. 4, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 4th day of October, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**